[63 NE3d 1152, 41 NYS3d 208]

In the Matter of DIANE MENDEZ, Respondent, v NEW YORK CITY
DEPARTMENT OF EDUCATION et al., Appellants.

Decided October 25, 2016

### APPEARANCES OF COUNSEL

*Zachary W. Carter, Corporation Counsel,* New York City (*Emma Grunberg, Richard Dearing* and *Fay Ng* of counsel), for appellants.

Respondent precluded.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order, insofar as appealed from annulling the determination to terminate petitioner's probationary employment, reversed, without costs, so much of the petition as sought to annul that determination dismissed, and certified question answered in the negative. Petitioner did not establish that the termination of her probationary employment "was for a constitutionally impermissible purpose, violative of a statute, or done in bad faith" (*Matter of Frasier v Board of Educ. of City School Dist. of City of N.Y.,* 71 NY2d 763, 765 [1988]).

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia.